**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **TIMOTHY GLENN RIDDLE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:13-cv-327** |
| | ) | |
| **JAMES WALLACE RIDDLE,** | ) | **Judge Sharp** |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

On April 15, 2013, the Court entered an order denying denied plaintiff Timothy Glenn Riddle's application to proceed *in forma pauperis* and notifying the plaintiff that he did not have standing to bring a criminal action in this Court. (ECF No. 3.) In the same order, the Court provided notice that failure either to submit a complete and accurate Application to Proceed in District Court Without Prepaying Fees or Costs or the applicable filing fee within 30 days of entry in that order would result in dismissal of the action for failure to prosecute and failure to comply with the Court's order.

The Court entered an order denying the plaintiff's motion to reconsider on April 30, 2013. (ECF No. 7.) Despite the Court's again giving notice in that order that the plaintiff, as a private citizen, had no authority or standing to institute a federal criminal prosecution as a "private indictor" (*see id.* at 1–2 (collecting cases)), the plaintiff thereafter filed a document "Sealed Indictment: Private Prosecution Indictor Timothy Glenn Riddle." (ECF No. 10.)

In short, although the plaintiff was forewarned that failure to comply with the Court's directive would result in the dismissal of the plaintiff's claims, more than thirty days have now passed since entry of the order denying the motion to reconsider, without the plaintiff's having submitted either a completed application to proceed *in forma pauperis* or the required filing fee.

Because the plaintiff failed to comply with the Court's order and failed to take the necessary steps to prosecute this action, the complaint is hereby **DISMISSED**.

Further, the Clerk is **DIRECTED** to unseal the document filed at docket entry no. 10.

It is so **ORDERED**.

Kevin H. Sharp
United States District Judge